Joseph Bakhos Esq,
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STRAUS CARPETS, a business entity, T E STRAUS MAINTENANCE CO-STRAUS CARPETS, a business entity; EAST BAY AGENCY FOR CHILDREN, a business entity,<br><br>　　　　Defendants | Case No.:   3:20-cv-01795-JCS<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, ADAM GHADIRI, has reached a full and comprehensive settlement of this civil action with mutual general releases.

The settlement has been reached involving the Plaintiff and the Defendant, STRAUS CARPETS, a business entity, T E STRAUS MAINTENANCE CO-STRAUS CARPETS, a business entity; EAST BAY AGENCY FOR CHILDREN, a business entity.

//

//

1

**NOTICE OF SETTLEMENT**

1 | The parties are awaiting final execution and signing of the settlement paperwork.

DATED: 7/22/2020

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

2

**NOTICE OF SETTLEMENT**